INMAR ASSOCIATES, INC. v. BOROUGH OF CARLSTADT.

June 26, 1987.

Petition for certification granted.

EASTERN PARALYZED VETERANS ASSOCIATION, INC. v. CITY OF CAMDEN AND DELAWARE RIVER PORT AUTHORITY.

June 26, 1987.

Petition for certification granted.

MARCELLA STARLING v. STATE OF NEW JERSEY, COUNTY OF GLOUCESTER AND TOWNSHIP OF DEPTFORD.

June 26, 1987.

Petition for certification denied.

GALAXY TENANTS ASSOCIATIONS AND SUNSET PROPERTIES ASSOCIATION v. JUSTO MARTINEZ.

June 26, 1987.

Petition for certification denied.